IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE E. WATTS, #133661,            )<br>                                                           )<br>     Plaintiff,                                    )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>DANNY RIEBEN, *et al.*,                  )<br>                                                           )<br>     Defendants.                               ) | CIVIL ACTION NO.  2:05cv09-MHT<br>                            (WO) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

DONE, this the 14th day of September, 2006.

                                              /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE